# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2018

SEAN F. McAVOY, CLERK

Troy McClure )
    *Plaintiff* )
v. )   Civil Action No. 2:17-cv-00106-SAB
Commissioner of Social Security )
 )
    *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 12, DENIED.
Defendant's Motion for Summary Judgment, ECF No. 13, GRANTED.
Judgment for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian   on a motion for Summary Judgment, ECF No. 12, DENIED. Defendant's Motion for Summary Judgment, ECF No. 13, GRANTED.

Date: 1/17/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
    *(By) Deputy Clerk*

Shelly Koegler